```
                                                           FILED
          IN THE UNITED STATES DISTRICT COURT        2008 DEC 17 AM 8:04
           FOR THE WESTERN DISTRICT OF TEXAS
                    AUSTIN DIVISION                  CLERK US DISTRICT COURT
                                                    WESTERN DISTRICT OF TEXAS
```

| | | |
|---|---|---|
| BERNARD T. BOWDY, | § § | BY _____ DEPUTY |
| Plaintiff, | § § | |
| V. | § § | Civil Action No. A-06-CA-638-LY |
| APPLIED MATERIALS, INC., | § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day came to be considered the Agreed Motion to Dismiss of Plaintiff, Bernard T. Bowdy and Defendant, Applied Materials, Inc. This Court is of the opinion that this motion should in all things be GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the above-entitled action is dismissed with prejudice to re-filing of same, and that each party bear its own costs.

DATED: December 16, 2008

_____
UNITED STATES DISTRICT JUDGE

65238095.1 / 10603392